■ In the Matter of LATRICE HOPWAH, Respondent, v JOHN HOPWAH, Appellant. [678 NYS2d 893] —Order of disposition, Fam-

ily Court, Bronx County (Myrna Martinez-Perez, J.), entered on or about October 2, 1996, granting petitioner a two-year order of protection, upon a fact-finding determination that respondent had menaced petitioner with a gun and threatened to harm her children, unanimously affirmed, with costs.

Family Court's inquiry respecting respondent's mid-trial application to proceed *pro se* was a proper exercise of discretion given respondent's failure to advise the court more clearly of his wish to represent himself (*see, People v Rheubottom*, 131 AD2d 790).

We have considered respondent's remaining contention and find that it is unavailing. Concur—Lerner, P. J., Milonas, Ellerin, Rubin and Williams, JJ.